UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BARBARA DONIVER, on behalf of herself and all others similarly situated, | ) Case No. 1:22-cv-00154-CAB ) |
| Plaintiff, | ) Judge Christopher A. Boyko ) ) |
| v. | ) **STIPULATION OF DISMISSAL** ) ***WITHOUT* PREJUDICE** |
| CITY OF CLEVELAND, | ) So Ordered. ) |
| Defendant. | ) *s/ Christopher A. Boyko* Senior United States District Judge |

Plaintiff Barbara Doniver, Opt-In Plaintiffs James Bellanca and Kevin Fuka, Jr., and Defendant City of Cleveland, by and through their respective counsel, hereby stipulate to Plaintiff's dismissal of this action *without* prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each side shall bear their own costs and fees.

Respectfully submitted,

| | |
|---|---|
| /s/ *Matthew S. Grimsley* | /s/ *Mark V. Webber* |
| Matthew S. Grimsley (0092942) | Mark V. Webber (0007544) |
| Anthony J. Lazzaro (0077962) | Chief Assistant Director of Law |
| Lori M. Griffin (0085241) | Tiffany Fischbach (0083348) |
| Alanna Klein Fischer (0090986) | Assistant Director of Law |
| The Lazzaro Law Firm, LLC | Jeremy Klein (0098183) |
| 34555 Chagrin Boulevard, Suite 250 | Assistant Director of Law |
| Moreland Hills, Ohio 44022 | City of Cleveland, Department of Law |
| Telephone: 216-696-5000 | 601 Lakeside Avenue, Room 106 |
| Facsimile: 216-696-7005 | Cleveland, Ohio 44114 |
| matthew@lazzarolawfirm.com | Telephone: 216-664-2800 |
| anthony@lazzarolawfirm.com | Facsimile: 216-664-2663 |
| lori@lazzarolawfirm.com | mwebber@clevelandohio.gov |
| alanna@lazzarolawfirm.com | tfischbach@clevelandohio.gov |
| | jklein@clevelandohio.gov |

| | |
|---|---|
| Don J. Foty | Alexander R. Frondorf (0087071) |
| Hodges & Foty, LLP | Littler Mendelson, P.C. |
| dfoty@hftrialfirm.com | 127 Public Square, Suite 1600 |
| Texas Bar No. 24050022 | Cleveland, Ohio 44114 |
| 4409 Montrose Blvd, Ste. 200 | Telephone: 216-696-7600 |
| Houston, Texas 77006 | Facsimile: 216-696-2038 |
| Telephone: 713-523-0001 | |
| Facsimile: 713-523-1116 | Attorneys for Defendant |

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2022, a copy of the foregoing *Stipulation of Dismissal Without Prejudice* was sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

/s/ *Matthew S. Grimsley*
Matthew S. Grimsley (Ohio 0092942)

One of the Attorneys for Plaintiffs